UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

PHILIP TAYLOR                           CIVIL ACTION NO. 6:22-0217

versus                                           JUDGE SUMMERHAYS

SOUTH LA CONTRACTORS, LLC, ET AL.   MAGISTRATE JUDGE
                                                            WHITEHURST

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, and considering the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

IT IS ORDERED that Bradford Melancon's Motion for Partial Dismissal under Federal Rule of Civil Procedure 12(b)(6) [Doc. 15] is DENIED, and that South LA Contractors, LLC's Motion for Partial Dismissal under Federal Rule of Civil Procedure 12(b)(6) [Doc. 16] is DENIED.

THUS DONE AND SIGNED at Lafayette, Louisiana, this the 31st day of October, 2022.

UNITED STATES DISTRICT JUDGE