UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

PHILIP TAYLOR                                   CIVIL ACTION NO. 22-0217

VERSUS                                          JUDGE SUMMERHAYS

SOUTH LA CONTRACTORS, LLC, ET AL.   MAGISTRATE JUDGE
                                                WHITEHURST

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the lack of written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that SLC's counterclaim against the plaintiff for the value of the laptop is DENIED AND DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that a default is entered against SLC.

THUS DONE AND SIGNED at Lafayette, Louisiana, this the 6th day of February, 2023.

UNITED STATES DISTRICT JUDGE