## IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PHILIP TAYLOR; | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No. 22-cv-217 |
| | ) | |
| v. | ) | Judge Summerhays |
| | ) | Mag. Whitehurst |
| SOUTH LA CONTRACTORS, LLC; | ) | |
| and BRADFORD MELANCON; | ) | |
| | ) | |
| Defendants | ) | |

_____

## JUDGMENT

IT IS HEREBY ORDERED that Judgment is entered in favor of Plaintiff Philip Taylor, and against Defendant South La. Contractors, LLC in the amount of $73,793.36.  This sum is inclusive of the following:

- $7,500.00, constituting Plaintiff's unpaid wages.

- $32,000.00, constituting penalties under the Louisiana Wage Payment Act.

- $32,935.00, constituting Plaintiff's attorney's fees.

- $1,358.36, constituting recoverable costs.

Interest shall accrue from the date of this Judgment.

Plaintiff's claims against Bradford Melancon, individually, are dismissed.  All counterclaims are dismissed.  The Court will retain jurisdiction for the purposes of enforcing this Judgment.

Thus done and signed this 11th day of February, 2025, in Lafayette, Louisiana.

_____
HON. ROBERT SUMMERHAYS
UNITED STATES DISTRICT JUDGE